UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYRONE MCCALLUM,<br><br>        Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | No. 15-CR-570-4 (KMK)<br>No. 20-CV-4811 (KMK)<br><br>ORDER TO ANSWER, 28 U.S.C. § 2255 |

KENNETH M. KARAS, United States District Judge:

Having examined this Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255 and concluded that the Motion should not be summarily dismissed without merit, the Court hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the United States Attorney's Office for the Southern District of New York that this Order has been issued.

Within thirty days of the date of this Order, the U.S. Attorney's Office shall file its response to the Motion. Petitioner shall have thirty days from the date on which Petitioner is served with Respondent's response to file a reply. Absent further order, the Motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

SO ORDERED.

Dated: June 24, 2020
    White Plains, New York

                     KENNETH M. KARAS
                     United States District Judge