**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

**MEMO ENDORSED**

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

April 19, 2021

Honorable Kenneth M. Karas
United States District Judge
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

BY ECF AND EMAIL/PDF

Re:  *United States v. Tyrone McCallum*, 15 Cr. 570 (KMK)
Motion for CJA Re-Appointment and Records Order Endorsement

Dear Judge Karas:

I write to the Court for two reasons. First, to request CJA re-appointment to this matter *nunc pro tunc* to June 22, 2020, for the defendant's pending re-sentence pursuant *United States v. Davis*, 139 S. Ct. 2319 (2019); and second, to request endorsement of the attached proposed Order requiring Green Haven Correctional Facility, a New York State Prison where the defendant is currently detained, to provide me with a copy of his disciplinary and vocational records, which I may cite in support.

Thank you, Your Honor, for your consideration of this application.

The Appointment request is granted.

So Ordered.

*/s/ KMK*
4/19/21

Very truly yours,

Tanner & Ortega, L.L.P.

*/s/*
Howard E. Tanner, Esq.

cc:   AUSA George Turner (By ECF and Email/PDF)