UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

UNITED STATES OF AMERICA,                  :

    -against-                              :          15 Cr. 570 (KMK)

TYRONE McCALLUM,                           :          ORDER

          Defendant             :

_____x

Honorable Kenneth M. Karas, United States District Court Judge:

The Defendant, TYRONE McCALLUM, (DIN: 13A3891), currently an inmate at

Green Haven Correctional Facility, a New York State prison, will be filing a re-sentencing

submission in the above-captioned matter, pursuant to *United States v. Davis*, 139 S. Ct. 2319

(2019), in which certain inmate records maintained by Green Haven Correctional Facility may

be cited for support therein;

It is therefore hereby ORDERED that Green Haven Correctional Facility release to

Defendant's counsel of record, Howard E. Tanner, Esq., within ten (10) business days of this

Order:

**All defendant/inmate TYRONE McCALLUM's disciplinary and academic/vocational
records from the time he entered into their custody and any other such records from any
other state or federal detention facility in their possession.**

**SO ORDERED:**

Honorable Kenneth M. Karas
United States District Judge, SDNY

Dated: April 19 , 2021
White Plains, New York