UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————— x
UNITED STATES OF AMERICA,                :

   -against-                                              :                    15 Cr. 570 (KMK)

TYRONE MCCALLUM,                          :                    ORDER TO PRODUCE FOR
                                                                                               TELEPHONIC PROCEEDING

                        Defendant          :
———————————————————— x

Hon. Kenneth M. Karas, United States District Judge:

       The Defendant, Tyrone McCallum, (DIN #13A3891), currently incarcerated at Green Haven Correctional Facility in Stormville, New York, and requiring his appearance by teleconference for the above matter on **January 13, 2022 at 2:00 pm**;

       It is hereby **ORDERED** that the that the Warden, Green Haven Correctional Facility or his designee produce the Defendant, Tyrone McCallum, for his Court appearance, by telephone at the aforesaid date and time. To access the teleconference, (1) Dial the Meeting Number: (888) 363-4749; (2) Enter the Access Code: 7702195 #; (3) Press pound (#) to enter the teleconference as a guest.

SO ORDERED:

                                                                                  Hon. Kenneth M. Karas, U.S.D.J.

Dated: December 27, 2021
White Plains, New York